IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL GREEN | CIVIL ACTION |
| Plaintiff, | No.: 18-15673 |
| v. | |
| VENTNOR BEAUTY SUPPLY, INC.<br>And<br>ATLANTIC CITY BEAUTY SUPPLY, INC.<br>and<br>ADAM PRUSSEL<br>and<br>GENE MASCO | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiff Michael Green and counsel for Defendants Ventnor Beauty Supply, Inc., et al. that Defendant Atlantic City Beauty Supply, Inc., shall be and is hereby dismissed without prejudice, with each party bearing its own fees and costs.

**KARPF, KARPF, & CERUTTI, P.C.**

*/s/ Julia W. Clark*

Julia W. Clark, Esq.
Yinan Ma, Esq.
3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, PA 19020
*Attorney for Plaintiff*

Dated: December __, 2017

**MARSHALL DENNEHEY
WARNER COLEMAN GOGGIN**

*/s/ Lawrence Berg*

Lawrence B. Berg, Esq.
15000 Midlantic Drive, Suite 200
P.O. Box 5429
Mount Laurel, NJ 08054
*Attorneys for Defendant*

Dated: December 17, 2017