**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

MICHAEL GREEN,                          1:18-cv-15673-NLH-AMD

          Plaintiff,              **ORDER**

    v.

VENTNOR BEAUTY SUPPLY, INC.,
et al.,
          Defendants.

For the reasons expressed in the Court's Opinion filed today,

IT IS on this ___14th___ day of ___May___, 2019

ORDERED that the Joint Motion to Approve Settlement [16] be, and the same hereby is, GRANTED; and it is further

ORDERED that this action is hereby administratively terminated; and it is further

ORDERED that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it is further ORDERED that within 60 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened; and it is further

ORDERED that, absent receipt from the parties of dismissal

papers or a request to reopen the action within the 60-day

period, the Court shall dismiss this action, without further

notice, with prejudice and without costs.


                                                      __s/ Noel L. Hillman__
At Camden, New Jersey                NOEL L. HILLMAN, U.S.D.J.